In the Matter of the Judicial Settlement of the Account of Proceedings of Rocco Colaci, Appellant, as Executor of the Last Will and Testament of James Colaci, Deceased. Harry E. Tolson, Doing Business as Nicholas Funeral Home, Respondent.— Proceeding under section 216 of the Surrogate's Court Act to compel an executor to pay the funeral expenses of a decedent. From an order directing

such payment the executor appeals. Order of the Surrogate's Court of Queens county unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.